IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:18-cv-498

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **DEFAULT JUDGMENT AGAINST** |
| THE HUNOVAL LAW FIRM, PLLC, AND ) | **DEFENDANTS** |
| HUNOVAL & ASSOCIATES, PLLC, ) | |
| ) | |
| Defendants. | |

THIS CAUSE COMING BEFORE THE COURT on Plaintiff's Motion for Default Judgment against Defendants The Hunoval Law Firm, PLLC, and Hunoval & Associates, PLLC, pursuant to Rule 55 of the Federal Rules of Civil Procedure.

IT APPEARING TO THE COURT that The Hunoval Law Firm, PLLC, and Hunoval & Associates, PLLC are in default for failing to plead or otherwise defend this action as required by law and that the Motion should be allowed, it is therefore ORDERED that the Motion for Default is GRANTED, and JUDGMENT BY DEFAULT is entered against Defendants The Hunoval Law Firm, PLLC, and Hunoval & Associates, PLLC, jointly and severally, in the amount of $110,748.47, attorney fees in the amount of $14,700.00, and costs of $400.00 for a total judgment of $125,848.47, with interest accruing thereon at the judgment rate of eight (8) percent per annum from the date of judgment until paid in full.

This the 25th day of April, 2019.

*Frank D. Johns*
United States District Court Clerk of Court

1